# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

FILED

Juan Brito

**Plaintiff**

2017 FEB 10 A 11: 51

vs.  Case No: 1:17-cv-93 (LMB/MSN)

Precision Laminate Workshop, Inc., et al.

**Defendant**

## AFFIDAVIT OF POSTING

I, Benjamin Schollnick, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint, and Notice in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 02/08/2017 at 8:40 AM, I served Michael Markogiannakis at 14308 Montverd Court, Centreville, Virginia 20121 by posting the Summons, Complaint, and Notice on the front door and mailing a copy of the same on 02/08/2017 to Michael Markogiannakis at 14308 Montverd Court, Centreville, Virginia 20121, via first class US Postage prepaid.

The date and time of all attempts at personal service were as follows: 01/31/2017 at 8:20 PM, 02/01/2017 at 4:00 PM, 02/04/2017 at 3:35 PM, and 02/08/2017 at 8:40 AM.

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

2/9/17

**Executed On**

Benjamin Schollnick

Client Ref Number: N/A
Job #: 1521424

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Juan Brito <br><br> *Plaintiff(s)* <br> v. <br> Precision Laminate Workshop, Inc. and <br> Michael Markogiannakis <br><br> *Defendant(s)* | Civil Action No. 1:17cv93 (LMB/MSN) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Michael Markogiannakis
> 14308 Montverd Ct.
> Centreville, VA 20121

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Nicholas Marritz
> Legal Aid Justice Center
> 6066 Leesburg Pike, Suite 520
> Falls Church, VA 22041
> Tel: 703-720-5607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/25/2017

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*


                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc: