IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUAN BRITO, )<br>Plaintiff, )<br>v. )<br> )<br>PRECISION LAMINATE WORKSHOP, )<br>INC. (d/b/a Precision Countertops), et al., )<br>Defendants. )<br> ) | Civil Action No.: 1:17-cv-93 (LMD/MSN) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

Defendants, PRECISION LAMINATE WORKSHOP, INC. and MICHAEL MARKOGIANNAKIS, by counsel, with the consent of Plaintiff, by counsel, pursuant to Federal Rule of Civil Procedure 6(b), files this Consent Motion for Extension of Time to File Responsive Pleadings seeking an extension of time to respond to Plaintiff's Complaint. Defendants respectfully request that its time to respond to the Complaint be extended to March 10, 2017.

This matter can be resolved without oral argument and a hearing on this Motion is waived.

Date: March 1, 2017                Respectfully submitted,

                                                                                 PRECISION LAMINATE WORKSHOP,
                                                                                  INC. and MICHAEL MARKOGIANNAKIS

                                                                                  By:      */s/ John C. Bazaz*
                                                                                           Counsel

John C. Bazaz, Esq., VSB #70796
Counsel for Defendants
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: 703-272-8455
Facsimile: 703-596-4555
jbazaz@bazazlaw.com

Certificate of Service

       I hereby certify that on March 1, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the counsel who appear in the CM/ECF system.

| | |
|---|---|
| Nicholas Marritz, Esq.<br>Legal Aid Justice Center<br>6066 Leesburg Pike, Suite 520<br>Falls Church, VA 22041 | |

                                                       */s/ John C. Bazaz*
                                            John C. Bazaz, Esq., VSB #70796
                                            Counsel for Defendants
                                            Law Offices of John C. Bazaz, PLC
                                            4000 Legato Road, Suite 1100
                                            Fairfax, VA 22033
                                            Telephone: 703-272-8455
                                            Facsimile: 703-596-4555
                                            jbazaz@bazazlaw.com