IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUAN BRITO, )<br>         Plaintiff, )<br>   v. )<br> )<br>PRECISION LAMINATE WORKSHOP, )<br>INC. (d/b/a Precision Countertops), et al., )<br>         Defendants. )<br> ) | Civil Action No.: 1:17-cv-93 (LMD/MSN) |

**ORDER**

THIS MATTER is before the Court on Defendants PRECISION LAMINATE WORKSHOP, INC. and MICHAEL MARKOGIANNAKIS, Consent Motion for Extension of Time to File Responsive Pleadings. Upon due consideration of the pleadings filed and for good cause shown, it is hereby

ORDERED that Defendants Motion is GRANTED. Defendants shall have up to and including March 10, 2017 to respond to Plaintiff's Complaint.

The Clerk is directed to send a copy of this Order to all counsel of record.

ENTERED THIS \_\_\_\_\_ DAY OF _____ 2017

_____
United States District Judge