IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUAN BRITO, )<br>Plaintiff, )<br>v. )<br>)<br>PRECISION LAMINATE WORKSHOP, )<br>INC. (d/b/a Precision Countertops), et al., )<br>Defendants. )<br>) | Civil Action No.: 1:17-cv-93 (LMD/MSN) |

**NOTICE OF WAIVER OF HEARING**

PLEASE TAKE NOTICE THAT Defendants, PRECISION LAMINATE WORKSHOP, INC. and MICHAEL MARKOGIANNAKIS, by counsel, hereby waive oral argument on the Consent Motion for Extension of Time to File Responsive Pleadings filed concurrently herewith in the above-styled matter.

Date: March 1, 2017

Respectfully submitted,

PRECISION LAMINATE WORKSHOP,
INC. and MICHAEL MARKOGIANNAKIS

By: _____*/s/ John C. Bazaz*_____
Counsel

John C. Bazaz, Esq., VSB #70796
Counsel for Defendants
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: 703-272-8455
Facsimile: 703-596-4555
jbazaz@bazazlaw.com

Certificate of Service

       I hereby certify that on March 1, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the counsel who appear in the CM/ECF system.

| | |
|---|---|
| Nicholas Marritz, Esq.<br>Legal Aid Justice Center<br>6066 Leesburg Pike, Suite 520<br>Falls Church, VA 22041 | |

                                                   */s/ John C. Bazaz*
                                            John C. Bazaz, Esq., VSB #70796
                                            Counsel for Defendants
                                            Law Offices of John C. Bazaz, PLC
                                            4000 Legato Road, Suite 1100
                                            Fairfax, VA 22033
                                            Telephone: 703-272-8455
                                            Facsimile: 703-596-4555
                                            jbazaz@bazazlaw.com