# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| JUAN BRITO<br><br>   Plaintiff,<br><br>   v.<br><br>PRECISION LAMINATE WORKSHOP, INC.<br>d/b/a Precision Countertops<br><br>and MICHAEL MARKOGIANNAKIS<br><br>   Defendants | Case No. 1:17-cv-93-LMB-MSN |

## **JOINT PRAECIPE**

WHEREAS The parties hereby notify the Court of the status of their efforts to resolve this case:

1. Plaintiff filed this case on January 25, 2017, seeking unpaid wages under both the federal Fair Labor Standards Act and Virginia contract law. (ECF No. 1).

2. Defendants were served with the Complaint on or around February 8, giving them a deadline of March 1 to file a responsive pleading. (*See* ECF No. 5 at ¶2).

3. On March 1, Defendants filed a consent motion seeking an extension of their deadline to file a responsive pleading so that the parties could continue to pursue settlement talks. (ECF No. 4). The Court granted the motion and extended Defendants' response deadline to March 10. (ECF No. 7).

4. The parties have reached agreement as to the material terms of a settlement. They are now in the process of memorializing their agreement in writing, obtaining the necessary signatures, and gathering the necessary settlement funds.

1

5. The parties expect to be able to file a joint stipulation of dismissal with prejudice within 14 days.

WHEREFORE, the parties respectfully request that they be permitted to file a joint stipulation of dismissal with prejudice on or before Friday, March 24.


Respectfully submitted,


By: _____//s//_____         Date: March 10, 2017
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, Virginia 22041
Tel: (703) 778-3450
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiff*


By: _____//s//_____
John C. Bazaz
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: (703) 272-8455
Fax: (703) 596-4555
jbazaz@bazazlaw.com
*Counsel for Defendants*