IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| JUAN BRITO<br><br>   Plaintiff,<br><br>  v.<br><br>PRECISION LAMINATE WORKSHOP, INC.<br>d/b/a Precision Countertops<br><br>and MICHAEL MARKOGIANNAKIS<br><br>   Defendants | Case No. 1:17-cv-93-LMB-MSN |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Per Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

By: _____//s//_____            Date: March 24, 2017
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, Virginia 22041
Tel: (703) 778-3450
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiff*

By: _____//s//_____
John C. Bazaz
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: (703) 272-8455
Fax: (703) 596-4555
jbazaz@bazazlaw.com
*Counsel for Defendants*