IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JUAN BRITO<br><br>Plaintiff,<br><br>v.<br><br>PRECISION LAMINATE WORKSHOP, INC.<br>d/b/a Precision Countertops<br><br>and MICHAEL MARKOGIANNAKIS<br><br>Defendants | Case No. 1:17-cv-93-LMB-MSN |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Per Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action with prejudice.

So Ordered

/s/ _____ 3/24/17
Leonie M. Brinkema
United States District Judge

Respectfully submitted,

By: __//s//_____
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, Virginia 22041
Tel: (703) 778-3450
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiff*

Date: March 24, 2017